Exhibit 4

To be filed under seal per FIGG Motion to Seal filed on 9/16/2021